IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| DUSTIN McALISTER, individually and on behalf of other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST HORIZON NATIONAL CORPORATION, FIRST HORIZON HOME LOAN CORPORATION,<br><br>Defendants. | Case No. 07-CV-02525-JWL-DJW |

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against First Horizon National Corporation and First Horizon Home Loan Corporation. By joining this lawsuit, I designate the Named Representative to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and other attorneys with whom they may associate.

Date: 12/7/07

[signature]
Printed Name: **Kevin Kraus**