IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| DUSTIN McALISTER, individually and on behalf of other similarly situated persons,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FIRST HORIZON NATIONAL CORPORATION, FIRST HORIZON HOME LOAN CORPORATION,<br><br>　　　　　　　　　　　　Defendants. | Case No.  07-CV-02525-JWL-DJW |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate and agree that the above-captioned case is dismissed with prejudice.

**Dated: May 23, 2008**

Respectfully submitted,

| **STUEVE SIEGEL HANSON LLP** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| /s/ George A. Hanson | /s/ Frederick J. Lewis |
| George A. Hanson  KS Bar #16805 | Frederick J. Lewis |
| hanson@stuevesiegel.com | Jeremy Ireland |
| Virginia Stevens Crimmins  KS Bar #20617 | 6410 Poplar Avenue, Ste. 300 |
| crimmins@stuevesiegel.com | Memphis, TN 38119 |
| 460 Nichols Road, Suite 200 | Telephone:    901-767-6160 |
| Kansas City, Missouri 64112 | Facsimile:    901-767-7411 |
| Telephone:  (816) 714-7100 | |
| Facsimile:   (816) 714-7101 | |

**ATTORNEYS FOR PLAINTIFFS**

SSH 0618-99599

                                  Stacy M. Bunck
                                  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                  Park Central Plaza
                                  4717 Grand Avenue, Suite 300
                                  Kansas City, MO 64112
                                  Phone:       (816) 471-1301
                                  Facsimile:   (816) 471-1303

                                  **ATTORNEYS FOR DEFENDANT**

SSH 0618-99599          2